# First District Court of Appeal
## State of Florida

———————————————

No. 1D2022-4241

———————————————

Michael Frederick Thomas,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

August 29, 2024

Per Curiam.

Affirmed.

Roberts, Ray, and Kelsey, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and David Alan Henson, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.